**The People of the State of Illinois, defendant in error, v. Elmer Roberts, plaintiff in error.** Gen. No. 7,265.

Information for manufacture and possession of intoxicating liquor. Judgment for People. Error to the County Court of Lee county; the Hon. John B. Crabtree, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924. Rehearing denied April 11, 1924.

H. A. Brooks, for plaintiff in error. Mark C. Keller, for defendant in error.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Oshkosh Manufacturing Company, plaintiff in error, v. Mutual Wheel Company, defendant in error.** Gen. No. 7,209.

Suit on contract for supply of goods. Judgment for plaintiff for one dollar. Error to the Circuit Court of Rock Island county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed February 16, 1924. Rehearing denied April 2, 1924.

Connelly, Weld, Walker & Searle, for plaintiff in error. Kenworthy, Dietz, Shallberg, Harper & Sinnett, for defendant in error.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Nancey Pyle, appellant, v. Rockford City Traction Company, appellee.** Gen. No. 7,250.

Action for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed February 16, 1924. Rehearing denied April 2, 1924.

Garrett, Maynard & Hull, for appellant. Fisher, North, Linscott & Gibboney, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Farmers National Bank of Princeton, appellee, v. Anson Rosenkrans, appellant.** Gen. No. 7,253.

Action on note. Judgment for plaintiff. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed February 16, 1924.

H. A. Brooks and R. L. Russell, for appellant. J. L. Spaulding, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.